C17-1662B    EAB/cmw

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - CLEVELAND

IN RE: ) CASE NO. 14-14719
)
Ronald L. Pfenninger ) CHAPTER 13
Dena L. Pfenninger )
) JUDGE Arthur I. Harris
)
Debtors ) **AFFIDAVIT OF DEFAULLT**
)

STATE OF Michigan )
) ss
COUNTY OF Oakland )

Shannon Hatten, being first duly sworn, deposes and says, :

1. Affiant states that this Affidavit is made of their own personal knowledge and belief and it is true as he/she verily believes.

2. That they are an Bankruptcy Coordinator of Credit Acceptance Corporation, a secured creditor herein and holder of a lien on the 2003 Chevrolet Suburban VIN# 3GNFK16Z83G210143 of the debtors, Ronald L. Pfenninger and Dena L. Pfenninger, and is authorized to make this Affidavit.

3. That, pursuant to an Order granted in this Court on January 16, 2018, the post-petition payments were to be made each and every month inside of the Chapter 13 plan, and that if payments were missed so that the delinquency equaled **thirty (30)** days, the stay of proceedings now in effect could be removed by the filing of an Affidavit and is the purpose of filing this Affidavit.

4. Since the filing of the Order, the debtor has become delinquent on the post-petition payments from July 2018 through October 3, 2018, with the total delinquency of $5,125.00.

5. Creditor certifies that, per the terms of the Agreed Order, a letter was sent to the debtor(s) and counsel for debtor(s) allowing ten (10) days to cure the default stated in this affidavit. The debtor(s) has/have failed to cure the default.

*Shannon Hatter*
BY

SWORN TO BEFORE ME, and subscribed in my presence this 9th day of October, 2018.

Notary Public

ALICIA FORD
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Oct 25, 2022
ACTING IN COUNTY OF

CERTIFICATE OF SERVICE

I certify that on October 9, 2018, a true and correct copy of the Affidavit was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

1. Office of the U.S. Trustee at (registered address)@usdoj.gov

2. Lauren A. Helbling on behalf of the Chapter 13 Trustee's office at ch13trustee@ch13cleve.com

3. William Balena, Esq. on behalf of Ronald L. Pfenninger, Debtor, at docket@ohbksource.com

And by regular U.S. mail, postage prepaid, to:

1. Ronald L. Pfenninger
   Dena L. Pfenninger, Debtor
   173 Grafton Street
   Oberlin, OH 44074

/s/ Edward A. Bailey
REIMER LAW CO.
BY: Edward A. Bailey #0068073
BY: Richard J. LaCivita #0072368
BY: Cynthia A. Jeffrey #0062718
30455 Solon Road
Solon, Ohio 44139
Phone: 440-600-5500
Fax:   440-600-5522
Attorneys for Creditor
ebailey@reimerlaw.com